# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number:  3:19-PO-004 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| ROBERT HUGGINS | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's motion to Dismiss, the above-referenced case is hereby DISMISSED.

July 25, 2019                                      s/Michael J. Newman

Michael J. Newman
United States Magistrate Judge